**Motions Granted; Order filed October 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00766-CR
_____

## EX PARTE JOHN MICHAEL ENARD, Appellant

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1453912**

_____

## NO. 14-15-00854-CR
## NO. 14-15-00855-CR

_____

## JOHN MICHAEL ENARD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause Nos. 1375416 & 1439251**

## ORDER

On August 24, 2015, appellant filed a notice of appeal of the trial court's ruling denying his application for writ of habeas corpus. The appeal was assigned to this court and docketed under this court's appellate cause number 14-15-00766-CR. On September 8, 2015, appellant filed two notices of appeal from his convictions in the underlying proceedings. Those appeals were assigned to the First Court of Appeals and docketed under the cause numbers 01-15-00806-CR and 01-15-00807-CR. Appellant filed motions in both courts requesting consolidation of all three appeals in the Fourteenth Court of Appeals.

On September 24, 2015, this court requested permission from the Supreme Court of Texas to transfer the two appeals filed in the First Court of Appeals to the Fourteenth Court of Appeals. The supreme court granted permission; therefore, the motions are granted. Those appeals are now docketed in the Fourteenth Court of Appeals under cause numbers 14-15-00854-CR and 14-15-00855-CR.

We further order the appeals pending under our appellate cause numbers 14-15-00766-CR, 14-15-00854-CR, and 14-15-00855-CR **CONSOLIDATED.** The existing filing deadlines in cause numbers 14-15-00854-CR and 14-15-00855-CR will apply to all three appeals.

PER CURIAM